**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| Petitioner, ) | |
| v. ) | Misc. No.:  1:10-mc-00289 (CKK) (AK) |
| PAUL M. BISARO ) | |
| Respondent. ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF PAUL M. ECKLES

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the admission *Pro Hac Vice* of attorney Paul M. Eckles for purposes of this case.  Please see the attached declaration of Paul M. Eckles in compliance with Local Civil Rule 83.2(d).

Statement of Compliance

Pursuant to L.Cv.R. 7(m), on June 21, 2010, the undersigned Respondent's counsel conferred with Michael Bergman, counsel for Petitioner regarding Respondent's Motion for *Pro Hac Vice* Admission of Paul M. Eckles, and counsel for Petitioner does not oppose the motion.

Date:   June 21, 2010

Respectfully submitted,

/s/ Julia K. York
Julia K. York (D.C. Bar No. 478001)
Steven C. Sunshine (D.C. Bar No. 450078)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
202-371-7000
julia.york@skadden.com
steven.sunshine@skadden.com

*Attorneys for Respondent Paul M. Bisaro*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, a true and correct copy of the foregoing **MOTION FOR *PRO HAC VICE* ADMISSION OF PAUL M. ECKLES** was filed electronically in the United States District Court for the District of Columbia using the CM/ECF system.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

        /s/ Julia K. York

*Attorney for Respondent Paul M. Bisaro*